**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2584**

---

PATRICIA DEARING,

                                        Plaintiff - Appellant,

        versus

HARFORD COMMUNITY COLLEGE, and Members of the
Board of Trustees; LELAND C. SANBORN, Chair;
PATRICIA A. PERLUKE, Vice Chair; ALAN W.
BENTON, Doctor; CHARLES E. COPELAND, SR.,
Reverend; NICHOLAS L. GOUNARIS; RALPH H.
JORDAN; ANN B. RAMSAY; PAUL C. SANDS; LEHMAN
W. SPRY, Doctor; DIANE TROYER, Doctor, Vice
President; RICHARD J. PAPPAS, Doctor; GERTRUDE
B. HOPKINS,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
96-2176-CCB)

---

Submitted: January 26, 1999        Decided: March 5, 1999

---

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Patricia Dearing, Appellant Pro Se. Janet Marie Truhe, JANOFSKY &
TRUHE, P.A., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Appellees. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Dearing v. Harford Community College</u>, No. CA-96-2176-CCB (D. Md. Sept. 15, 1998). Appellant's motion to authorize the preparation of a transcript at government expense is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>